IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NICHOLS WELLS,** : | |
| : | |
| Petitioner, : | |
| : | |
| vs. : | **CIVIL ACTION 12-0074-CG-M** |
| : | |
| **CYNTHIA DILLARD,** : | |
| : | |
| Respondent. : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** this 12th day of April, 2012.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE